# Court of Appeals
# of the State of Georgia

ATLANTA,  December 04, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0752. DONALD GREEN v. THE STATE.**

On August 21, 2019, Donald Green was convicted of failure to maintain lane. Green filed a pro se notice of appeal on October 1, 2019. However, we lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Green's notice of appeal is untimely, as it was filed 41 days after entry of the judgment of conviction.[1] Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/04/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] The judgment has two stamped "filed" dates. Even if the latter stamped "filed" date of August 26, 2019, were considered, Green's notice of appeal would be untimely, as it was filed 36 days after August 26.